# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| COREY TRUST BY COREY CHAMBERS, ET AL. | § § § | |
| V. | § § | CASE NO. 4:09cv139 (Judge Schneider/Judge Mazzant) |
| FIRST UNITED BANK and TRUST COMPANY | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On May 28, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Plaintiffs' Failure to State a Claim be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss for Plaintiffs' Failure to State a Claim (Dkt. 8) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 22nd day of June, 2009.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE